UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WARRIAYRE ARMOND ROUNDTREE,

    Defendant.

Case No. 2:17-cr-175
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

## ORDER

On August 10, 2017, the United States Magistrate Judge issued a Report and Recommendation [ECF No. 12] recommending that the Court accept Defendant Warriayre Armond Roundtree's guilty plea to Count 1 of the Information. Given the parties' representation that they do not object to the Magistrate Judge's recommendation, the Report and Recommendation is **ADOPTED** and **AFFIRMED**, and Defendant's guilty plea is **ACCEPTED**.

**IT IS SO ORDERED.**

8-15-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE